UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON COATS,<br><br>            Plaintiff,<br><br>  v.<br><br>MAGGIE MILLER-STOUT, RON BAER, and JOE LUCE,<br><br>            Defendants. | NO. CV-08-218-EFS<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE** |

BEFORE THE COURT is Plaintiff Aaron Coats's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion **(Ct. Rec. 11)** is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff also filed a Motion and Affidavit to waive collection of the remaining balance of the filing fee in this action. For good cause shown, **IT IS ORDERED** Plaintiff's Motion **(Ct. Rec. 12)** is **GRANTED** and the institution having custody of Mr. Coats shall cease collection of the filing fee in this action, cause number **CV-08-218-EFS.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is

ORDER -- 1

further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency having custody of Plaintiff.  The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this       14th         day of November 2008.


                                      S/ Edward F. Shea
                                     EDWARD F. SHEA
                              UNITED STATES DISTRICT JUDGE

Q:\Civil\2008\08cv218efsvol.dism.wpd

ORDER -- 2